**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** January 21, 2025 |
| **USA v. Erik Portillo-Valdez** | **Case Number:** 25-04008MJ-002-PCT-CDB |

**Assistant U.S. Attorney:** Parker Stanley
**Attorney for Defendant:** No Counsel Available, CJA
**Interpreter:** Renata Yawn                    **Language:** SPANISH
**Defendant:**  ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody   ☐ Summons   ☐ Writ

**STATUS HEARING:**
This was the time set to revisit the Initial Appearance, Detention Hearing, Status Hearing regarding Preliminary Hearing.  Court was unable to find Flagstaff CJA attorney to assist Defendant.  Court finds good cause to continue hearings and send case to Phoenix, Arizona for further proceedings to allow Defendant to be appointed counsel.

**LATER:**  D. Stephen Wallin, CJA, accepts appointment of counsel for all further proceedings.

**Revisit Initial Appearance, Detention Hearing, and Status Hearing regarding Preliminary Hearing** set for Thursday, January 23 at 10:30 a.m. before Magistrate Judge Eileen S. Willett, courtroom 305, 401 West Washington Street, Phoenix Arizona.

**Recorded By** Courtsmart                                                                 SH    5 min
**Deputy Clerk** Christina Davison

                                                                                          **Start:  10:37 am**
                                                                                          **Stop:   10:42 am**