**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** January 22, 2025 |
| **USA v. Noe Cecena-Castro** | **Case Number:** 25-04008MJ-001-PCT-CDB |

**Assistant U.S. Attorney:** Parker Stanley
**Attorney for Defendant:** Sarah Kosnoff Erlinder, Assistant Federal Public Defender
**Interpreter:** Matt Ren       **Language:** SPANISH
**Defendant:** ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ

**DETENTION HEARING:**   ☒ Held  ☐ Continued  ☐ Submitted  ☐ UA
PSA recommends: Detention.
Government position: Detention.
Defense recommends: Release.
Government's request for detention  ☒ Granted  ☐ Denied
☒ Defendant Ordered detained pending Trial

**PRELIMINARY HEARING**   ☐ Held  ☐ Continued  ☐ Submitted  ☒ Waived
☒ Probable cause found  ☐ Dismissed  ☒ Held to answer before District Court

| | |
|---|---|
| **Recorded By** Courtsmart | **PH**   1 min |
| **Deputy Clerk** Christina Davison | **DH**   33 min |
| | **Start:** 10:51 am |
| | **Stop:** 11:25 am |