JON M. SANDS
Federal Public Defender
MICHAEL S. RYAN #018139
Assistant Federal Public Defender
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
(602) 382-2700   voice
michael_ryan@fd.org
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. 24-4008MJ |
|---|---|
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| vs. | |
| Noe Cecena-Castro, | |
| Defendant. | |

The Office of the Federal Public Defender was recently appointed to represent Noe Cecena-Castro, a case arising out of Flagstaff, Arizona. Assistant Federal Public Defender Sarah Kosnoff Erlinder appeared on behalf of the defendant. Defendant's case was transferred to Phoenix. Notice is hereby given that Michael S. Ryan, Assistant Federal Public Defender, is substituted as counsel of record for defendant, terminating Sarah Kosnoff Erlinder for all further proceedings in this case.

Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

Respectfully submitted: February 6, 2025.

JON M. SANDS
Federal Public Defender

*s/Michael S. Ryan*
MICHAEL S. RYAN
Assistant Federal Public Defender

1