(Rev. 4/18)

☒ FILED  ☐ LODGED

**Jul 25 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# UNITED STATES PROBATION
# DISTRICT OF ARIZONA

## NOTICE OF RELATED CASES

**Defendant: Louis Enrique Dominguez-Chaparro**

**Docket No: CR-23-00431-001-PHX-ROS**
**Docket No: CR-25-08020-010-PCT-DJH**

Local Rule Criminal 5.1(a)(1), refers to the matter of a defendant charged with a new crime and currently on supervised release, stating the new case shall be assigned to the Judge presiding over the revocation proceedings.

Local Rule Criminal 5.1(a)(1)(A): If the judge to whom the probation or supervised release case is assigned is on Senior Status and does not want both cases, both the new case and the petition to revoke probation or supervised release shall be assigned to a district judge by automated random selection, subject to subsections (B) and (C).

The Probation Office for the District of Arizona hereby notifies the Clerk's Office that:

A petition has been filed to revoke the above-named defendant's supervision. The Clerk of the Court is requested to assign the new case to the Honorable Roslyn O. Silver as revocation/disposition proceedings are pending. The current number assigned to this new case is CR-25-08020-010-DJH.

_/s/ Daisy Manzo_
Daisy Manzo
U.S. Probation Officer Assistant
Daisy_Manzo@azd.uscourts.gov

7/24/2025
Date

COURT/ CLERK'S OFFICE/ FILE/ AUSA/ DEFENSE